# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**DONNIVER TERRELL JOHNSON**                                                 **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:09CV382WHB-LRA**

**STATE OF MISSISSIPPI, ET AL**                                           **DEFENDANTS**

## ORDER

This cause came to be heard upon the Report and Recommendation of United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about October 29, 2009 and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, entered on or about October 29, 2009, be, and the same is hereby, adopted as the finding of this Court, and the Petition for Writ of Habeas Corpus filed by Donniver Johnson is dismissed with prejudice.

IT IS FURTHER ORDERED that Respondent's Motion to Dismiss [docket entry #8]is hereby granted and this case is dismissed with prejudice.

A separate judgment will be entered dismissing this cause of action with prejudice.

SO ORDERED this the 4th day of December, 2009.

                                                    s/William H. Barbour, Jr.
                                                  UNITED STATES DISTRICT JUDGE